**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



John E. Hoffman, Jr.
United States Bankruptcy Judge

**Dated: October 18, 2018**

_____

## UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | | |
|---|---|---|---|
| In Re: | WILLIAM E WILLIAMS, JR. | : | Case No. 18-53671 |
| | | : | Chapter 13 |
| | Debtor(s) | : | Judge John E. Hoffman Jr. |

### ORDER DENYING CONFIRMATION AND DISMISSING CASE (Doc. 17)

The matter before the Court is the proposed confirmation of the Debtor(s)' plan and the Objection to Confirmation filed by the Trustee. The Court finds that the plan is not in posture for confirmation; therefore, the Court hereby denies confirmation and dismisses the Chapter 13 case pursuant to 11 U.S.C. §1307(c).

The Court retains jurisdiction pursuant to 11 U.S.C. §349 to consider administrative matters only, including the allowance of administrative fees and expenses, the disbursement of adequate protection payments pursuant to 11 U.S.C. §1326, and the closing of the case. Any

applications for the allowance of administrative expenses, including attorneys and appraisal fees, must be filed within fourteen (14) days of this date.

**IT IS SO ORDERED.**

Copies to:

*ALL CREDITORS AND PARTIES IN INTEREST*

###